**Opinion issued May 5, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-26-00247-CV**

_____

**IN RE YAN Z. ZOU AND JAMES ZOU, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Yan Z. Zou and James Zou, filed a petition for writ of mandamus challenging two trial court orders, including (1) a February 12, 2026 "Order of Turnover and Appointment of Receiver for James Zou" and (2) a February 27, 2026 order permitting real party in interest, Travis Vargo, the court-appointed receiver, to sell property located at 17827 S. Blue Heron Circle, Montgomery, Texas 77316, in

connection with his efforts to satisfy the underlying trial court judgment.[1]  On April 21, 2026, relators filed a "Motion to Dismiss" their petition for writ of mandamus. In their motion, relators requested that the "Court dismiss th[e] original proceeding and take no further action."

The motion includes a certificate of conference stating that real party in interest, Todd Garrett, is agreed to the relief requested in the motion, but that relator attempted to confer with real party in interest, Travis Vargo, and he had not responded to advise relator if he was opposed to dismissal of the original proceeding. *See* TEX. R. APP. P. 10.1(a)(5).  However, more than ten days have passed, and no party has responded to the motion.  *See* TEX. R. APP. P. 10.3(a)(2).

We grant relators' motion and dismiss relators' petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

---

[1]  The underlying case is *Todd Garrett v. James Zou a/k/a Jian Z. Zou a/k/a James J. Zou a/k/a Jian Zhong Zou a/k/a Jianzhong Zou*, Cause No. 2011-75656A, in the 133rd District Court of Harris County, Texas, the Honorable Nicole Perdue presiding.